**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:13cr25-1-RLV**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **ARELI NAVA RODRIGUEZ** | ) | |
| _____ | ) | |


     **THIS MATTER** is before the Court upon Defendant's Motion To Continue Trial Date And To File Under Seal from the September 3, 2013, criminal term, in the Statesville Division.

     For the reasons stated in Defendant's Motion and upon a showing that defense counsel has not had sufficient time within which to adequately prepare in this case, taking into account the exercise of due diligence, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(iv).** The Court further finds that the ends of justice served by taking such action as requested by the Defendant outweigh the best interest of the public and the Defendant to a speedy trial.

     **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for a continuance, and to file the Motion under seal  is **GRANTED**, This case is hereby continued from the September 2013, criminal term in the Statesville Division to the November 12, 2013, criminal term in the Statesville Division.


Signed: August 1, 2013

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge